FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT L. VANGSNESS,<br><br>               Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | NO:  2:15-CV-255-SMJ<br><br>ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed December 4, 2015, the Court directed Petitioner to comply with the filing fee requirements to commence this action. ECF No. 6.  A copy of this Order was sent to Petitioner at the Spokane County Jail, but was returned as undeliverable on December 17, 2015.  ECF No. 7.  Petitioner, a prisoner proceeding *pro se,* has not kept the Court apprised of his current address and has filed nothing further in this action.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** This action is **DISMISSED without prejudice** for failure to comply with the filing fee requirements set forth in Rule 3(a), Rules Governing

ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Section 2254 Cases in the United States District Courts. *See also* Habeas Rule 1(b)("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a).").

**2.** All pending motions are **DENIED as moot.**

**IT IS SO ORDERED.** The Clerk's Office shall enter this Order, forward a copy to Petitioner at his last known address and close the file. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this 4th day of February 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2